Name **Stephen Cole**

Mailing address **5 mile loop Road**
**P.O Box 2364**
**Wrangell, AK 99929**
**9028742709**

Telephone

RECEIVED

MAY 0 9 2019

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

**Stephen W. Cole**,
(Full name of plaintiff in this action)
**Plaintiff,**

vs.

**AICS, SEARHC**,
**U.S Attorney Office (Anchorage)**
**HHS (Bethell, Wa)**,
**FTC Washington DC**
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. **1:18-cv-00011-TMB**
(To be supplied by the Court)

**First Amended**
PRO SE COMPLAINT

for/under

**Anti Trust**
(Type of complaint)

### A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

**28 U.S.C § 1331**

PS22

## B. Parties

1. The Plaintiff is ___Stephen Cole___, who presently
   (Print Name)
resides at ___Emile loop Road, Wrangell, AK 99929___.
   (Address)

2. Defendants:

Defendant No. 1, ___AICS "Alaska Island Community Services___, is a
                                    (Name)
citizen of ___P.O. Box 1231, Wrangell, AK 99929___, who works as a
            (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 2, ___SEARHC (S.E Alaska Regional Health Consortium___, is a
                                    (Name)
citizen of ___3100 Channel Drive, Suite 300___, who works as a
            (City/State)
___Juneau, AK___ for ___99801___
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 3, ___U.S. Attorney's Office___, is a
                                    (Name)
citizen of ___222 West 7th Ave. Room 253 #9___, who works as a
            (City/State)
___Anchorage, AK___ for ___99513___
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 4, ___HHS (Health and Human Services)___, is a
                         (City and State)        (Name)
citizen of ___2221S 26th Ave, S.E. Suite 2P___, who works as a
            (City/State)
___Bethel, Wa___ for ___99802 )___
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 5, ___FTC (Federal Trade Commission___, is a
                                    (Name)
citizen of ___600 Pennsylvania Ave. NW___, who works as a
            (City/State)
___Washington DC___ for ___20580___
(Job Title, if applicable)        (Employer/agency, if applicable)

## C. Causes of Action (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

2                                    COMPLAINT

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

"AICS"
Alaska Island Community Services
P.O. Box 1231
Wrangell
AK 99929
907-874-2373

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

SEARHC
(Southeast Alaska Regional Health Consortium)
3100 Channel Drive, Suite 300
Juneau
Alaska 99801
907-463-4000

Updated
11/1/18

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

U.S. Attorney's office
222 West 7th Ave Room 253 #9
Anchorage
AK 99513

Updated
11/1/18

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

H. H. S.
2215 28th Ave SE Site 210
Bethel
Wa 98021

Defendant #5 FTC (Federal Trade Commission)
600 Pennsylvania Ave. NW
Washington D.C. 20580

Case 1:18-cv-00011-TMB   Document 1   Filed 07/23/18   Page 2 of 31
Case 1:18-cv-00011-TMB *SEALED*   Document 11-2   Filed 11/05/18   Page 2 of 2   Page 2 of 5
Case 1:18-cv-00011-TMB   Document 20   Filed 05/09/19   Page 3 of 21

<u>Claim 1</u>: On or about ___12/1/2004 to Now,___ ___See addional pages___

(Date or Period of Time)                          (Supporting facts)

From: **Stephen Cole** swcole@gci.net
Subject: Cole vs AICS and Search , et. al. Amended Complaint, First Amended
Date: May 7, 2019 at 10:16 AM
To: Amended Complaint, First Amended US District Court for the District of Alaska
Cc: Claim 1

HHS is changing the traditional pharmacy to doctor business relationship that acts as a check and balance on doctor prescribing. It is a conflict of interest when the prescriptions written influence the finical well being of the clinic.

As I understand it this is how the HHS program works.

1. Doctor clinic changes to a non-profit type organization.

2. The non-profit then applies for grants from HHS to expand into all areas of health care . See copy of grant. SEARCH has abused their mandate and gone into non health care business. See letter dated September 6, 2018 from Trish and Dirk White of Sitka Alaska.

3. The only way the non-profit pharmacy can compete is to give it a unfair advantage. This pharmacy is called a 340B type pharmacy. The cost of goods for a 340B pharmacy is 25% to 50% less than what the normal wholesale price that a for profit retail pharmacy has to pay. This gives the non-profit pharmacy extra profits that can fund the doctor clinic. Many states at one time prohibited doctor clinics from having a finical interest in pharmacies. It could lead to over prescribing.

4. Private insurance companies only need for have contract coverage of one store for each zip code. The 340B pharmacy can accept lower reimbursement and still make money because of the lower cost of goods,

5. I believe the FTC will find the 340 B pharmicies are in violation of anti-trust legislation.

6. I sent a motion to the judge asking for a opinion from the FTC on how they view 340B pharmacies. My case depend on the answer to that question. Are 340B pharmicies in violation of anti-trust legislation[3] ?

COMPLAINT



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of Communications
Health Resources and
   Services Administration
5600 Fishers Lane, Rm. 14-15
Rockville MD 20857

October 23, 2008

Mr. Joshua S. Glasgow
Brownstein, Hyatt, Farber & Schreck
Attorney at Law
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

RE: Freedom of Information Act Case Number HRSA 09-011

Dear Mr. Glasgow:

I have enclosed a copy of the 330 CHC grant application awarded to Alaska Island
Community Services, which you requested through the FOIA. Also enclosed is an
invoice detailing fees associated with this FOIA response.

As required by FOIA Regulation, 45 CFR, Section 5.65(d), this Office engaged in
pre-disclosure notification procedures with the grantee to determine the type and
extent of non-discloseable information contained in their grant applications. As a
result of that review, I have deleted all DUNS, entity identification numbers, social
security numbers contained in the application. I have also withheld the budget
justification and income analysis in its entirety. If after your review you believe this
information should be made available to you, please contact me and I will issue you
a formal denial explaining your right to appeal.

The Department of Health and Human Services' policy calls for the fullest
responsible disclosure consistent with the requirements of administrative necessity
and confidentiality which are recognized by the FOIA, 5 U.S.C. § 552, and the
Department's implementing Public Information Regulations, 45 CFR
Part 5.

If you need further assistance, please contact this office at (301) 443-2865.

Sincerely,

Hazel Hargrove
Freedom of Information Specialist

Enclosures

# APPLICATION FOR FEDERAL ASSISTANCE

Version 7/03

| APPLICATION FOR FEDERAL ASSISTANCE | | 2. Date Submitted<br>2/14/2008 | Applicant Identifier |
|---|---|---|---|
| **1. Type of Submission** | | 3. Date Received By State | State Application Identifier |
| **Application** | **Preapplication** | 4. Date Received By Federal Agency | Federal Identifier |
| [_] Construction<br>[X] Non-Construction | [_] Construction<br>[_] Non-Construction | | H80CS04209<br>Application # 00051083<br>Grants.Gov # GRANT00415768 |

| 5. Applicant Information | | |
|---|---|---|
| Legal Name: | Organizational Unit | |
| Alaska Island Community Services | Department | |
| Organizational DUNS: ~~(redacted)~~ | Division | |
| Address: (give city, county, state and zip code) | Name and telephone number of the person to be contacted on matters of involving this application (give area code) | |
| Post Office Box 1231<br>Wrangell AK 99929-1231 | Name | Carly Allen |
| | Tel Number (give area code): | (907)874-4710 |
| County | Wrangell Petersburg | Fax Number (give area code): | (907)874-4719 |

| 6. Employer Identification Number(EIN) | 7. Type of Applicant |
|---|---|
| ~~(redacted)~~ | Not for Profit Organization |
| | Other (Specify): |

| 8. Type of Application | | | 9. Name of Federal Agency |
|---|---|---|---|
| [_] New   [_] Continuation   [X] Revision | | | Health Resources and Service Administration |
| If Revision: | | | |
| [X] A. Increase Award | [_] C. Increase Duration | | 11. Descriptive Title of Applicant's Project: |
| [_] B. Decrease Award | [_] D. Decrease Duration | | Health Center Cluster |
| Other (Specify): | | | |

| 10. Catalog of Federal Domestic Assistance | | 12. Areas Affected by Project (Cities, Counties, States, etc.): |
|---|---|---|
| Number | 93.224 | Other Areas: Wrangell Island and Northern Prince of Wales, Other Areas: Island Communities of, City: Wrangell, City: Coffman Cove, City: Naukati, City: Edna Bay, City: Whale Pass, City: Point Baker, City: Port Protection |
| Title (Name of Program) | Community Health Centers | |

| 13. Proposed Project | | 14. Congressional Districts of: | |
|---|---|---|---|
| Start Date: | 12/1/2004 | a. Applicant | AK-00 |
| Ending Date: | 11/30/2012 | b. Project | |

| 15. Estimated Funding | | 16. Is Applicant Subject To Review by State Executive Order 12372 Process? |
|---|---|---|
| a. Federal | $150,000.00 | [_] YES   This preapplication /application was made available to the state executive order 12372 process for review on: Date : |
| b. Applicant | $19,974.00 | |
| c. State | $0.00 | |
| d. Local | $0.00 | [X] NO   [X] Program is not covered by e.o. 12372 |
| e. Other | $0.00 | [_] Program has not been selected state for review |
| f. Program Income | $319,751.00 | 17. Is Application Delinquent on Any Federal Debt? |
| g. Total | $489,725.00 | NO If "Yes," attach an explanation. |

18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT, THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.

| a. Name of Authorized Representative | b. Title | c. Telephone number (give area code) |
|---|---|---|
| Mark Walker | Executive Director | (907)874-2373 |
| d. Signature of Authorized Representative | | e. Date Signed |
| | | |

| Previous Editions Not Usable<br>Authorized for Local Reproduction | Standard Form 424 (Rev. 9-2003)<br>Prescribed by OMB Circular A-102 |
|---|---|





**White's**
Pharmacy
705 Halibut Point Rd
Sitka Ak 99835
Ph: (907) 966-2150
Fax: (907) 966-2468

**Harry Race**
Pharmacy & Photo
106 Lincoln St
Sitka Ak 99835
Ph: (907) 966-2130
Fax: (907) 966-2190

**Seasons**
Cards & Gifts
332 Lincoln St
Sitka Ak 99835
Ph: (907) 966-2160
Fax: (907) 966-2838

September 6, 2018

To Whom It May Concern:

We at White's Inc (doing business in our community for the past 33 years with two small community pharmacies) would like to add our concerns and our experiences regarding business practices in our community as it relates to competition with the Federal Government entity known as SEARHC *(Southeast Alaska Regional Health Corporation)*.

For the past 5 years, since the mission statement of SEARHC has been modified to include ALL folks-not just the Alaska Native beneficiaries, we have been competing for everything from patients, employees,to insurance contracts. In other words, when SEARHC opened their doors to all of the citizens of Sitka they became our competition since this also included pharmacy services. Because they are a federally subsidized entity the cost of doing business (including the cost of drugs) is significantly less than what it is for a small rural community pharmacy. Our freight bill alone to get medication to Sitka runs between $2000.00 and $4000.00 per month. This means we also are not able to contract with an insurance whose bottom line reimbursement for prescriptions is less than what it costs us to fill that prescription. Since SEARHC has substantially lower overhead, cost of goods as well as other savings and subsidies they can sign any contract for any reimbursement and still be profitable. This then locks us out of that contract unless we wish to take that below cost payment for those prescriptions. In most cases the insurance companies won't even talk to us because SEARHC CAN afford that reimbursement and the insurance company only needs to satisfy one pharmacy provider per zip code.

Now SEARHC plans to purchase our local community hospital –this means the 377 lives covered under the Sitka Community Hospital umbrella will now be Federal Blue Cross health care beneficiaries...that is a huge loss for our small business. This is only the tip of the Iceberg, Sitka loses it's choice and freedom in medical care options.

Please consider the unlawfulness of a federal entity competing with private enterprise. They have a catering/food service business, short term rental business and now a transportation business. This has been occurring on many levels. We are small business employers with over 38 folks on our team; please do not hesitate to reach out to us for further clarification of any of our concerns.

Thank you,

Trish and Dirk White

White's Inc

Sitka

# GAO Releases Another Troubling Report on 340B Drug Discount Program

*The WasteWatcher is the staff blog of Citizens Against Government Waste (CAGW) and the Council for Citizens Against Government Waste (CCAGW). For questions, contact blog@cagw.org.*

July 10, 2018 - 17:32 — Elizabeth Wright

Citizens Against Government Waste (CAGW) has been concerned with the 340B Drug Discount program for some time. On June 28, 2018, the Government Accountability Office (GAO) released, "Drug Discount Program: Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement." The report adds to the growing mountain of evidence that the discount program is out of control and is in dire need of restructuring.

On Wednesday, July 11, the House Energy and Commerce Subcommittee on Health will hold another hearing on the program entitled, "Opportunities to Improve the 340B Drug Pricing Program." The GAO report will be a topic of discussion, as will numerous bills that have been introduced to fix the drug discount program and return it to its original intent of helping indigent, uninsured Americans get access to low cost out-patient pharmaceuticals. CAGW's lobbying arm, the Council for Citizens Against Government Waste, has already announced support for some of these bills, such H.R. 4710, the "340B Protecting Access for the Underserved and Safety-Net Entities Act," or 340B PAUSE Act, and S. 2312, the "Help Insure Low-income Patients Have Access to Care and Treatment," or HELP Act.

The 340B program was created in 1992 and is administered by the Department of Health and Human Services (HHS) Health Resources and Services Administration (HRSA). Health providers that participate in the program on behalf of their patients are called "covered entities" and include federal grantees, such as federally-qualified health centers, and certain hospitals, such as disproportionate share hospitals (DSH). Pharmaceutical companies are required to participate in the 340B drug discount program if they wish to have their drugs covered by Medicaid. The discounts for the drugs can be substantial, ranging from 25 to 50 percent of the average wholesale price for covered outpatient drugs.

The program has seen most of its growth due to changes made in the Patient Protection and Affordable Care Act (ACA), better known as Obamacare. According to a July 2017 GAO report, the number of hospital-eligible sites participating in the program has grown from 7,806 in 2013 to 21,554 in 2017. CAGW has argued for some time that many hospitals are misusing the program, utilizing it to boost revenues, while indigent beneficiaries do not get the drug discounts they should be receiving.

The GAO report focuses on contract pharmacies, which have grown exponentially just as covered entities have, from 1,300 in 2010 to nearly 20,000 in 2017. Covered entities contract with pharmacies to dispense the 340B drugs to their patients. This is an amazing statistic since the 340B statute never gave the government authority to permit contract pharmacies to participate. HRSA issued guidance in 1996 to allow covered entities that did not have an on-site pharmacy to contract with one off-site pharmacy. In 2010, subsequent HRSA guidance removed that limitation and the result was an explosion of pharmacy private contracts.

The contract pharmacies are making a great deal of money off the 340B program. According to the GAO,

Case 1:18-cv-00011-TMB   Document 1   Filed 07/23/18   Page 11 of 31
Case 1:18-cv-00011-TMB   Document 20   Filed 05/09/19   Page 8 of 21

Claim 2: On or about _12-1-2004  to  NoW_, _See additional  pages_
           (Date or Period of Time)                (Supporting facts)

From: **Stephen Cole** swcole@gci.net
Subject:
Date: May 7, 2019 at 11:24 AM
To: Cole vs AICS and Search et al Amended Complaint First Amended
Cc: Claim 2

The revenue provided by the 340 B gives the clinic and doctors incentive to adopt many Restraint of Trade practices that capture more of the prescription business. Some of the methods are still used today against Stikine Drug.

1. Stikine Drug can not call or fax Tideline Clinic for refills. This stops a industry wide service that pharmacies provide to their customers. The purpose is to drive us out by stopping this customer service. See fax from Tideline Clinic dated October 25th, 2006.

2 After the approval of the HHS grant in December 2004 and before there pharmacy opened in 2009. The clinic started massive doctor office dispensing. See label from Tideline clinic Care 340B. At that time my price for that prescription would have been about $20.00. My number of prescription fell from a high of 10,483 in 2003 to less than 800 in 2018.

3. The letter dated 02/13/2012 shows what happens when the patient refuses to switch to AICS pharmacy.

4. My customers have difficulty getting their new prescription faxed to Stikine Drug, Tideline clinic stopped giving written prescription to limit patient choice and would just state they can pick it up at AICS pharmacy.

5 Dentists from the AICS dental clinic are reminded that they need to send prescriptions to AICS and be a team player.

6. The fear instilled by Tideline Clinic make it impossible to even get letters from my customers about the complains they voice to me. The most they will say if they believe they should have the choice of picking their own pharmacy. I was voicing my concerns to my customers and received a letter from AICS attorneys. This had the desired result and I stopped public discussion.

4                                                              COMPLAINT

**TideLine Clinic**

Division of Alaska Island Community Services

David McCandless M.D.
Lynn Prysunka M.D.
Margaret Torreano, M.D.

## EFFECTIVE IMMEDIATELY.

As of October 25th, 2006 TideLine Clinic will no longer be accepting prescription refill requests by fax or phone from pharmacies. Please have patients call us directly at (907)874-4700 to request their prescription renewals. Thank you.

TideLine Clinic

# Stikine Drug

does not agree with the above policy because it is inconvenient to our customers and us. We appreciate your loyaly and patronage. We will be glad to fill your prescriptions in the future. It is your right to fill your prescriptions at Sikine Drug.

Stephen W. Cole, R.Ph.
Stikine Drug

C.I.S SOURCE DATA
ZENITH PHARMACEUTICAL CO., INC.
PHILADELPHIA, PA 11534

PRODUCT ID:
WHITE OVAL SHAPED SCORED
TABLET DEBOSSED 54 86

BULK SOURCE NDC: 6577-0784-05
MFR. LOT: 67223
PCDOSE # 727886110
DISPENSE IN THIS
TENT-LIGHT RESISTANT CONTAINER

## Care340B™
### *Making Medicine Easy*

Artnin Island Community Services
229 Bennett Street
Wrangel, ALASKA 99929
(907) 874-4700

**SMZ/TMP DS 800 mg/160 mg**

20 TABLETS
NDC 66336-087-20
PRODUCT # CC167-20

EACH TABLET CONTAINS:
SULFAMETHOXAZOLE USP . . . . . 800 mg
TRIMETHOPRIM USP . . . . . . . . 160 mg

**COMPARE TO BACTRIM DS**
LOT# A00498   EXP:04-09   Px # 11233398

**RX ONLY**

*Alice Bakke*

Patient
*Woneavottezpo*
Doctor

*1225* ← *Price*

TAKE _1_ ORALLY EVERY
_____ HOURS _2_ TIMES A DAY
UNTIL FINISHED UNLESS
OTHERWISE DIRECTED BY
YOUR PHYSICIAN AVOID SUN.
TAKE WITH PLENTY OF WATER.

*Tideline Clinic Label* ↑

*Stikine Drug Label* ∨

---

**Stikine Drug**
202 Front St.
Wrangell, AK 99929            **(907)874-3422**
**110225** Date Filled 02/12/04   OrigRx 02/12/04 Prev
**Stephen Wayne Cole** ·
Box 2364

**Take 1-2 every 6-8 hours
as needed for pain.**

**HYDROCO/APAP 5-500MG    #24 TAB**
Equivalent to VICODIN Mfg:ZENITH 00172-5643-70
Kristel Winebarger, MD        Filled By: Stephen w.Cole
Discard: 02/11/05
**No refills**

MAY CAUSE DROWSINESS
ALCOHOL MAY INTENSIFY THIS EFFECT
USE CAUTION WHEN OPERATING A CAR
OR DANGEROUS MACHINERY

MAY CAUSE **DIZZINESS**

DO NOT DRINK
ALCOHOLIC BEVERAGES
WHEN TAKING THIS MEDICATION

IF MEDICATION UPSETS YOUR
STOMACH, TAKE WITH A MODEST
MEAL, CRACKERS, OR BREAD

---

**Stikine Drug**
202 Front St.
Wrangell, AK 99929            **(907)874-3422**

**Stephen Wayne Cole**
(907)874-2709
Box 2364
Wrangell, AK 99929

Rx No.: 110225
Kristel Winebarger, MD
Filled By: Stephen w.Cole/

Amount:      **$23.36**

**02/12/04**
DEA# BW6069517
Days Supply: 3
NDC 00172-5643-70

DAW# 0
NABP 0202630

HYDROCO/APAP 5-500MG 24 TAB Equivalent to VICODIN




David McCandless, MD
Donna Paul, ANP
Lynn Prysunka, MD
Greg Salard, MD

02/13/2012

Stikine Drug
202 Front Street
PO Box 471
Wrangell, AK 99929

– RE: Dale Althouse, DOB: 03/14/1960

Dear Mr. Cole,

This letter is to inform you that Dale Althouse will not be getting his prescriptions filled at Stikine Drug. Effective immediately please cancell all existing prescriptions and any refills that may be remaining.

Sincerely,

*Greg Salard, MD*

Greg A. Salard MD

**AICS TideLine Clinic**
320 Bennett St  PO Box 1231
Wrangell, AK  99929
(907) 874-4700

*get RX filled to Stikine Drug-*
*Dale Wants to*
*It is about the only choice Dale was*
*allowed to make! and Now it is gone.*
*S.W. Cole*

# DELISIO MORAN GERAGHTY & ZOBEL, P.C.

Law Offices

Joseph M. Moran
Michael C. Geraghty
Patricia L. Zobel
Deirdre Darling Ford
John D. Harjehausen
Bruce A. Moore
Tregarrick R. Taylor
Adolf V. Zeman
Danielle M. Ryman
Matthew K. Teaford
Stephen S. DeLisio, *Of Counsel*

November 22, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Steve Cole
PO Box 471
Wrangell, AK 99929

Re:   *Alaska Island Community Services*

Dear Mr. Cole:

We represent Alaska Island Community Services ("AICS"), and write in regard to comments reportedly made by you concerning AICS and its employees.

It is our understanding that you have made inflammatory and false statements about AICS to members of the Wrangell Community and to a federal employee of the Heath Resources Administration Services. The statements that have come to our attention concern alleged improper conduct of AICS employees and mishandling of federal funds. These statements are patently false and without any merit. We must advise that the communication of these false statements constitutes defamation and gives rise to a legal claim on that basis, as well as a claim for interference with business relationships, among others. AICS is prepared to pursue these claims should you continue to communicate or otherwise relay these false statements.

Please contact me if you have any questions.

Very truly yours,

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.

By:   Danielle M. Ryman

cc: Mark Walker
98940

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _$2,112,106.00_

2. Punitive damages in the amount of $ _triple damage due to antitrust_

3. An order requiring defendant(s) to _$6,336,318.00_
_See information prepared by my_
_accountant C.F. JAMES_

4. A declaration that _____

_____

_____

5. Other: _____

_____

_____

Plaintiff demands a trial by __X__ Jury _____ Court.  (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_Stephen W. Cole_
**Plaintiff's Original Signature**

_Stephen Wayne Cole_
(Plaintiff's Full Name)

Executed at _Wrangell, Alaska_ on _May 7, 2019_
(Location)                           (Date)

6                                                    COMPLAINT

# C. F. James, CPA, P.C.
### P. O. Box 1258  Wrangell, Alaska 99929
### Phone (907) 874-2331 Fax (206) 430-5125
### Email: info@cfjamescpa.com

July 10, 2018


Stikine Drug Store, LLC
Steve Cole, Member
PO Box 471
Wrangell AK 99929-0471


Steve:

Per your request we have considered the operations of Stikine Drug Store since you acquired it and are submitting a draft of the findings for your review. We compared gross profits to prescription sales and then estimated gross profits over the same period as if sales of prescriptions had remained flat. We computed an estimate of the difference in actual gross profits versus estimated gross profits without the reductions in prescription sales.

Our estimate of lost gross profits due to decreased prescription sales would be approximately $ 2,112,106.00 between the years 2003 and 2017. We are presenting three graphs to compare actual results of operations to estimated potential results of operations and how the estimated potential results were arrived at.

The first graph has four variables. The first three variables are related: Gross Sales; Cost of Goods Sold (COGS); and Gross Profit. (Gross Sales – COGS = Gross Profit). The fourth variable is city sales tax, Wrangell has not experienced significant commercial growth during the periods covered by these graphs, see the population graph of Wrangell, included. The majority of growth in Wrangell city sales tax is due to general inflation. It amounts to a 2.84% annual increase over the period covered by these graphs.

The second graph shows the relationship between gross profit and the number of prescriptions sold. Both gross profit and prescriptions sold are stated as a percentage of totals for the years shown. Please note, there is an anomaly in COGS & Gross profit for years 2005 and 2006, This was due to a fire which occurred in 2005.

The third graph shows what gross profit there would have been, had it increased at the same general inflation rate as the Borough Sales Tax. This would basically mean that sales would increase at the rate of local inflation. This graph indicates a loss of gross profit of $ 2,512,106.59. (Please note, this graph does not make an adjustment for the additional expense that was incurred due to the fire in 2005. The additional expense and loss of sales would total approximately $ 400,000.00) Our estimation of lost gross profit would be approximately $ 2,112,106.

Please let us know whether this will adequately address your needs, we will print a final version for you once you've reviewed the information.


Best Regards,


Clifford F. James – CPA

# C. F. James, CPA, P.C.
P. O. Box 1258  Wrangell, Alaska 99929
Phone (907) 874-2331 Fax (206) 430-5125
Email: info@cfjamescpa.com



26 of 31

|  | Gross Sales | COGS | Gross Profit | City Sales Tax | City Sales Tax | # of Prescriptions |
|---|---|---|---|---|---|---|
| 2002 | 304,839.00 |  |  |  |  |  |
| 2003 | 779,258.82 | 474,700.48 | 304,558.34 | 878,651.50 | 1,757,303.00 | 10,483.00 |
| 2004 | 917,121.46 | 572,352.76 | 344,768.70 | 941,643.00 | 1,883,286.00 | 10,160.00 |
| 2005 | 753,991.54 | 738,652.82 | 15,338.72 | 1,018,728.00 | 2,037,456.00 | 9,145.00 |
| 2006 | 690,708.65 | 485,538.67 | 205,169.98 | 1,045,316.50 | 2,090,633.00 | 6,630.00 |
| 2007 | 785,055.54 | 482,847.46 | 302,208.08 | 1,025,000.00 | 2,050,000.00 | 7,190.00 |
| 2008 | 782,066.36 | 496,972.84 | 285,093.52 | 1,198,024.50 | 2,396,049.00 | 6,413.00 |
| 2009 | 812,304.12 | 506,341.35 | 305,962.77 | 1,133,065.50 | 2,266,131.00 | 7,106.00 |
| 2010 | 798,525.43 | 529,595.26 | 268,930.17 | 1,102,919.50 | 2,205,839.00 | 6,405.00 |
| 2011 | 715,076.72 | 457,963.69 | 257,113.03 | 1,151,140.50 | 2,302,281.00 | 3,682.00 |
| 2012 | 544,821.87 | 354,737.77 | 190,084.10 | 1,237,248.00 | 2,474,496.00 | 2,866.00 |
| 2013 | 454,145.82 | 280,175.64 | 173,970.18 | 1,244,858.00 | 2,489,716.00 | 2,075.00 |
| 2014 | 389,389.13 | 270,644.95 | 118,744.18 | 1,298,661.00 | 2,597,322.00 | 1,675.00 |
| 2015 | 341,369.03 | 237,123.03 | 104,246.00 | 1,342,548.50 | 2,685,097.00 | 1,137.00 |
| 2016 | 353,567.48 | 255,591.26 | 97,976.22 | 1,322,286.00 | 2,644,572.00 | 1,230.00 |
| 2017 | 402,346.67 | 290,134.05 | . | 1,321,682.00 | 2,643,364.00 | 1.00 |



*Sales Tax is meant as a reference only and is reduced by 50% to better fit chart

AICS Pharmacy Enumeration Date 12/7/9



| | DOL Est | Population | | |
|---|---|---|---|---|
| 2002 | 2369 | 2329 | 2500 | |
| 2003 | 2349 | 2276 | 2450 | |
| 2004 | 2281 | 2200 | 2400 | |
| 2005 | 2258 | 2192 | 2350 | |
| 2006 | 2232 | 2184 | 2300 | |
| 2007 | 2316 | 2180 | 2250 | |
| 2008 | 2362 | 2189 | 2200 | |
| 2009 | 2352 | 2150 | 2150 | |
| 2010 | 2369 | 2145 | 2100 | |
| 2011 | 2411 | 2156 | 2050 | |
| 2012 | 2448 | 2177 | 2000 | |
| 2013 | 2456 | 2192 | 1950 | |
| 2014 | 2406 | 2151 | | |
| 2015 | 2442 | 2175 | | |
| 2016 | 2458 | 2186 | | |
| 2017 | 2387 | | | |

Adjusted by225 for the city becoming a borough in 2010 onward

28 of 31

29 of 131

| | Gross Profit as a Perc | # of Presci | Gross Profit | # of Prescriptions |
|------|------|------|------|------|
| 2003 | 0.10 | 13.76% | 304558.34 | 10483 |
| 2004 | 0.12 | 13.33% | 344768.7 | 10160 |
| 2005 | 0.01 | 12.00% | 15338.72 | 9145 |
| 2006 | 0.07 | 8.70% | 205169.98 | 6630 |
| 2007 | 0.10 | 9.44% | 302208.08 | 7190 |
| 2008 | 0.10 | 8.42% | 285093.52 | 6413 |
| 2009 | 0.10 | 9.33% | 305962.77 | 7106 |
| 2010 | 0.09 | 8.41% | 268930.17 | 6405 |
| 2011 | 0.09 | 4.83% | 257113.03 | 3682 |
| 2012 | 0.06 | 3.76% | 190084.1 | 2866 |
| 2013 | 0.06 | 2.72% | 173970.18 | 2075 |
| 2014 | 0.04 | 2.20% | 118744.18 | 1675 |
| 2015 | 0.04 | 1.49% | 104246 | 1137 |
| 2016 | 0.03 | 1.61% | 97976.22 | 1230 |
| | 1.00 | 100.00% | 2974163.99 | 76,197.00 |



Gross Profit as a Percentage of Sum of Years Profits

# of Prescriptions as a % of Total Prescriptions from 2003-2016

|  | Gross Sales | COGS | Gross Profit | D.P. + Inflation | City Sales Tax | City Sales Tax | # of Prescriptions |
|---|---|---|---|---|---|---|---|
| 2002 | 304839 |  |  |  |  |  |  |
| 2003 | 779258.82 | 474700.48 | 304558.34 | 304,558.34 | 878651.5 | 1757303 | 10483 |
| 2004 | 917121.46 | 572352.76 | 344768.7 | 313,189.52 | 941643 | 1883286 | 10160 |
| 2005 | 753991.54 | 738652.82 | 15338.72 | 322,065.31 | 1018728 | 2037456 | 9145 |
| 2006 | 690708.65 | 485538.67 | 205169.98 | 331,192.65 | 1045316.5 | 2090633 | 6630 |
| 2007 | 785055.54 | 482847.46 | 302208.08 | 340,578.65 | 1025000 | 2050000 | 7190 |
| 2008 | 782066.36 | 496972.84 | 285093.52 | 350,230.64 | 1198024.5 | 2396049 | 6413 |
| 2009 | 812304.12 | 506341.35 | 305962.77 | 360,156.18 | 1133065.5 | 2266131 | 7106 |
| 2010 | 798525.43 | 529595.26 | 268930.17 | 370,363.01 | 1102919.5 | 2205839 | 6405 |
| 2011 | 715076.72 | 457963.69 | 257113.03 | 380,859.09 | 1151140.5 | 2302281 | 3682 |
| 2012 | 544821.87 | 354737.77 | 190084.1 | 391,652.64 | 1237248 | 2474496 | 2866 |
| 2013 | 454145.82 | 280175.64 | 173970.18 | 402,752.08 | 1244858 | 2489716 | 2075 |
| 2014 | 389389.13 | 270644.95 | 118744.18 | 414,166.07 | 1298661 | 2597322 | 1675 |
| 2015 | 341369.03 | 237123.03 | 104246 | 425,903.54 | 1342548.5 | 2685097 | 1137 |
| 2016 | 353567.48 | 255591.26 | 97976.22 | 437,973.64 | 1322286 | 2644572 | 1230 |
| 2017 | 402346.67 | 290134.05 . |  |  | 1321682 | 2643364 | 1 |





Wrangell, AK
99929

PRIORITY MAIL 3-Day®

UNITED STATES POSTAL SERVICE®

**P**

Retail

US POSTAGE PAID
**$8.00**

Origin: 99929
05/07/19
0297890883-05

EXPECTED DELIVERY DAY: 05/11/19

C095

0 Lb 4.20 Oz

1005

SHIP
TO: 222 W 7TH AVE
STOP 4
ANCHORAGE AK 99513-7604

USPS TRACKING NUMBER

9505 5103 5603 9127 2373 82

U.S. District Court
District of Alaska
222 W. 7th Ave #4
Anchorage, AK
99513